# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MASON NICKENS

NO. 2020 KW 1234

**DECEMBER 30, 2020**

---

In Re:    Mason Nickens, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          40353.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include documentation of any extensions to the return date. The transcript of the November 2, 2020 proceeding reflects that the district court set the return date for November 24, 2020, and relator did not file the writ application until December 2, 2020.

**PMc**
**WIL**

    **Guidry, J.,** dissents and would reach the merits.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT